IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN ERIC BETSY,

     Appellant,

 v.                                  Case No.  5D22-2767
                                        LT Case Nos. 2020-301446-CFDB
                                                              2020-301531-CFDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed May 2, 2023

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, SOUD and PRATT, JJ., concur.